AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   4:22 MJ 3134 NCC |
| MOREION LINDSEY | ) | |
| | ) | *Signed and submitted to the Court for* |
| | ) | *filing by reliable electronic means* |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 21, 2022__ in the county of __St. Louis City__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 1512 | Conspiracy to Commit Destruction of Evidence to Obstruct a Federal Investigation |
| Title 18, U.S.C. Section 1519 | Destruction of Evidence to Obstruct a Federal Investigation |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dave Rudolph, Task Force Officer, FBI
_____
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41

Date:  05/04/2022
_____
*Judge's signature*

City and state:   St. Louis, Missouri      Honorable Noelle C. Collins, U.S. Magistrate Judge
_____
*Printed name and title*